UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY O. CURLETT, SR.,

    Plaintiff,                                  Case No. 3:20-cv-185

vs.

COMMISSIONER OF SOCIAL SECURITY,      District Judge Michael J. Newman

    Defendant.

_____

**ORDER: (1) GRANTING THE COMMISSIONER'S UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED OPPOSITION MEMORANDUM (DOC. NO. 18); (2) STRIKING THE PRIOR OPPOSITION MEMORANDUM (DOC. NO. 15); AND (3) ACCEPTING FOR FILING THE CORRECTED OPPOSITION MEMORANDUM (DOC. NO. 18-1)**
_____

    For good cause shown, and absent objection, the Commissioner's motion for leave to file a corrected memorandum in opposition to Plaintiff's Statement of Errors (doc. no. 18) is **GRANTED.** The previously-filed opposition memorandum (doc. no. 15) is hereby **STRICKEN** from the record, and the Commissioner's corrected opposition memorandum (doc. no. 18-1) is **ACCEPTED FOR FILING** as its replacement.

    **IT IS SO ORDERED.**

Date:   March 29, 2021                                   s/ Michael J. Newman
                                                                   Michael J. Newman
                                                                   United States Magistrate Judge