UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANTHONY O. CURLETT, SR.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:20-cv-185

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 23); (2) OVERRULING PLAINTIFF'S OBJECTIONS (DOC. NO. 24); (3) AFFIRMING THE COMMISSIONER'S PARTIAL NON-DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

This Social Security case is before the Court on the Report and Recommendation issued by United States Magistrate Judge Peter B. Silvain, Jr. (doc. no. 23), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Silvain recommended that the ALJ's partial non-disability finding be affirmed. Plaintiff filed objections to the Report and Recommendation. Doc. No. 24. As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter, including Plaintiff's objections.

Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation (doc. no. 23) should be adopted and that Plaintiff's objections (doc. no. 24) should be overruled. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (doc. 23) is **ADOPTED** in full; (2) Plaintiff's objections (doc. no. 24) are

**OVERRULED;** (3) the Commissioner's partial non-disability determination is **AFFIRMED**; and

(4) this case is **TERMINATED** on the docket of this Court.

    **IT IS SO ORDERED.**

  August 10, 2021                                s/ Michael J. Newman
                                                          Hon. Michael J. Newman
                                                          United States District Judge